

# IN THE
# TWELFTH COURT OF APPEALS
# TWELFTH COURT OF APPEALS DISTRICT
# FOR THE STATE OF TEXAS

————————————————

## Nos.12-14-00036-CR, 12-14-00037-CR & 12-14-00038-CR
## In Re: Misty McAdams, Contemnor,

————————————————

## ORDER OF CONTEMPT

On February 24, 2014, this Court conducted a hearing on its Order to Appear and Show Cause issued in the above-styled and numbered causes issued on February 6, 2014. By that order, Court Reporter Misty McAdams was directed to appear and show cause why she should not be held in contempt for failing to obey the attached Order of this Court dated January 10, 2014, regarding the filing of the reporter's record in appellate cause numbers 12-13-00278-CR, 12-13-00279-CR, and 12-13-00280-CR, styled *Roderick Creag, Sr. v. The State of Texas*. Following the hearing, this Court makes the following findings and Order:

1.  The underlying cases (trial court cause numbers 12CR-145, 12CR-146, and 12CR-147, styled *Roderick Creag v. The State of Texas*) were tried before the 349th Judicial District Court of Houston County, Texas, and sentence in each was pronounced on August 23, 2013.

2.  The appeals (appellate cause numbers 12-13-00278-CR, 12-13-00279-CR, and 12-13-00280-CR, styled *Roderick Creag, Sr. v. The State of Texas*) were perfected on September 3, 2013.

3.  The reporter's record in each appeal was due to have been filed on or before October 22, 2013.

4. On October 24, 2013, this Court extended the time for Reporter Misty McAdams to file the reporter's record to November 21, 2013.

5. On November 22, 2013, an additional extension was given to December 2, 2013, for Reporter Ms. Misty McAdams to file the reporter's record.

6. On December 6, 2013, the Court granted Reporter Misty McAdams's request for an extension of time to file the reporter's record to December 31, 2013.

7. On January 9, 2014, this Court issued an order setting a final deadline for Reporter Misty McAdams to file the reporter's record in appellate cause numbers 12-13-00278-CR, 12-13-00279-CR, and 12-13-00280-CR, on or before January 20, 2014.

8. On January 24, 2014, this Court notified Reporter Misty McAdams that the matter had been referred to the court for further action.

9. On February 7, 2014, this Court issued an Order to Appear and Show Cause to Reporter Misty McAdams.

10. On February 10, 2014, Reporter Misty McAdams filed the reporter's record in cause numbers 12-13-00278-CR, 12-13-00279-CR, and 12-13-00280-CR.

11. On February 24, 2014, the hearing on this Court's Order to Appear and Show Cause was held, at which Reporter Misty McAdams appeared and waived her right to counsel.

It is hereby **ORDERED** that Reporter Misty McAdams is in contempt of this Court for violating its order, entered on January 10, 2014.

It is **FURTHER ORDERED** that after consideration of the testimony presented at the hearing, no punishment will be assessed.

**WITNESS** the Honorable James T. Worthen, Chief Justice of the Court of Appeals, 12th Court of Appeals District of Texas, at Tyler.

**GIVEN UNDER MY HAND AND SEAL OF SAID COURT**, at my office this 25th day of February 2014, A.D.

CATHY S. LUSK, CLERK
12th Court of Appeals

_Katrina McClenny_
By: Katrina McClenny, Chief Deputy Clerk